# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| FABIOLA BANALES,<br><br>                    Plaintiff,<br>v.<br>WAL-MART STORES, INC.,<br><br>                    Defendant. | Case No. 2:17-cv-00553-MMD-PAL<br><br>**MINUTES OF PROCEEDINGS**<br><br>Dated: February 14, 2018 |

**PRESENT:** THE HONORABLE PEGGY A. LEEN, United States Magistrate Judge

**JUDICIAL ASSISTANT:** Teresa Hoskin     **RECORDER/TAPE #:** None

**COUNSEL FOR PLAINTIFF:** n/a

**COUNSEL FOR DEFENDANT:** Ryan Kerbow

**PROCEEDING:** Settlement Conference – Telephonic status check

A status conference regarding the settlement conference was conducted beginning at 3:08 p.m. Counsel for defendant contacted chambers as plaintiffs' counsel had not initiated the phone conference as ordered. Counsel tried to contact plaintiffs' counsel to no avail before contacting chambers. Defense counsel advised that the only thing the parties are waiting for is the check which was anticipated to be received no later than a week from today.

The conference concluded at 3:10 p.m.

**IT IS ORDERED** that the parties shall have until **February 28, 2018**, to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation will be filed.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE