1 ROBERT K. PHILLIPS
Nevada Bar No. 11441
2 RYAN KERBOW
Nevada Bar No. 11403
3 **PHILLIPS, SPALLAS & ANGSTADT LLC**
4 504 South Ninth Street
Las Vegas, Nevada 89101
5 (702) 938-1510
(702) 938-1511 (Fax)
6 rphillips@psalaw.net
7 rkerbow@psalaw.net

8 *Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FABIOLA BANALES,<br><br>        Plaintiff,<br>v.<br><br>WAL-MART STORES INC.; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, inclusive,<br><br>        Defendants. | Case No.: 2:17-cv-00553-MMD-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 5th day of March, 2018.                    DATED this 5th day of March, 2018

**BERNSTEIN & POISSON**                               **PHILLIPS, SPALLAS & ANGSTADT**

_____                             _____
Sean J. Akari, Esq.                                   Ryan Kerbow, Esq.
Nevada Bar No. 8266                                   Nevada Bar No. 11403
320 S. Jones Blvd.                                    504 South Ninth Street
Las Vegas, Nevada 89107                               Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                             *Attorneys for Defendant*
*Fabiola Banales*                                     *Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED this 5th day of March, 2018.

_____
**UNITED STATES DISTRICT JUDGE**